# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Jason Lee Roerick, | ) | Case No. 1:16-cr-182 |
| Defendant. | ) | |

An arrest warrant was issued for defendant after he failed to self-surrender as directed on July 27, 2017. The court has since been advised that defendant has turned himself in. Accordingly, the arrest warrant for defendant is quashed.

**IT IS SO ORDERED.**

Dated this 4th day of August, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court